ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0357

FILED

OCT 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

A.W. and B.W.

O R D E R

Youths in Need of Care.

_____

Counsel for the appellant father of A.W. and B.W. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The father was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in the father's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant father personally.

DATED this 27ᵗʰ day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2